IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JIMMIE JONES,

                                                                      ORDER

                    Petitioner,

                                                  08-cv-118-bbc

      v.

CAROL HOLINKA, Warden, FCI Oxford, WI,

                    Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Petitioner, a prisoner at the Federal Correctional Institution in Oxford, Wisconsin, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  He has not paid the $5 fee for filing his petition or submitted a request for leave to proceed in forma pauperis.  I cannot determine whether petitioner is indigent for the purpose of filing a § 2241 petition until he submits a trust fund account statement for the six-month period immediately preceding the filing of his habeas corpus petition.  Longbehn v. United States, 169 F.3d 1082 (7th Cir. 1999).

Once petitioner submits his trust fund account statement, this court will calculate petitioner's average monthly deposits and his average monthly balances for the six-month period mentioned above.  If 20% of the greater of these two figures is $5 or more, he will not

1

be eligible for indigent status and will have to prepay all of the $5 filing fee.  If 20% of the greater of these two figures is less than $5, he will be required to prepay whatever portion less than $5 has been calculated.

Now that petitioner is aware of the formula this court uses in determining whether a prisoner is indigent for the purpose of paying a $5 filing fee, he may be able to figure easily whether he qualifies.  If he knows that he will not qualify for indigent status, he may elect to submit a check or money order made payable to the clerk of court in the amount of $5 in lieu of the six-month statement requested above.  In any event, petitioner should act quickly.  If, by March 21, 2008, petitioner does not submit either the $5 payment or a trust fund account statement for the last six months, his request for leave to proceed in forma pauperis will be denied and this action will be closed.

ORDER

IT IS ORDERED that petitioner may have until March 21, 2008, in which to submit a trust fund account statement for the period beginning approximately August 21, 2007 and ending approximately February 21, 2008.  Alternatively, petitioner may have until March 21, 2008, in which to pay the $5 fee for filing his petition.  If, by March 21, 2008, petitioner does not pay the filing fee or submit the required trust fund account statement,

2

the clerk of court is directed to close this case for petitioner's failure to prosecute.

Entered this 3rd day of March, 2008.

BY THE COURT:

/s/

_____

BARBARA B. CRABB
District Judge

3