# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

**JIMMIE JONES,**

      **JUDGMENT**
      **on a Motion pursuant to**
    **Petitioner,**      **28 U.S.C. § 2241**

**v.**          **Case No. 08-cv-118-bbc**

**CAROL HOLINKA, Warden**
**Federal Correctional Institution,**
**Oxford, WI,**

   **Respondent.**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED.

**JOEL TURNER**

**Joel Turner, Acting Clerk**

**/s/ M. Hardin**

**by Deputy Clerk**

**9/8/08**

**Date**